```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )         4:06CR3049
       v.                      )
                               )
ERIK OSORIO,                   )
                               )           ORDER
              Defendant.       )
                               )
```

Defendant has filed a motion to compel discovery.  However, as noted by the government, the defendant has not complied with applicable local rules or orders in doing so.  For all of the reasons stated in the government's response brief,

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 14, is denied.

DATED this 15th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge