IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3049 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ERIK OSORIO, | ) | |
| | ) | |
| Defendant. | ) | |

I held a conference call with the lawyers today. At the request of the defendant, and without objection by the government,

    IT IS ORDERED that:

    (1)    This case is removed from the trial docket.

    (2)    The Lincoln, Nebraska Police Department is ordered to provide a copy of the relevant Crime Stoppers report and a copy of any related tape to counsel for the defendant and counsel for the government. These copies shall be provided within fourteen (14) days of the date of this order. Counsel for the government shall advise the Lincoln Police Department of the entry of this order.

    (3)    No later than fourteen (14) days following the production of the copies of the report and tape, the defendant may file a motion to suppress challenging the consent to search in this case.

    (4)    This matter is referred to Magistrate Judge Piester for further progression.

1

(5) The time between today's date and the date of trial is excluded for computation purposes under the Speedy Trial Act in the interests of justice and with the consent of the defendant and the government. <u>See</u> 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

May 26, 2006.　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge