```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )         4:06CR3049
         v.                    )
                               )
ERIK OSORIO,                   )
                               )            ORDER
              Defendant.       )
                               )
```

The evidentiary hearing on defendant's motion to suppress evidence, filing 23, was concluded on July 20, 2006.

IT IS ORDERED that post-hearing briefs are permitted within ten days following the filing of the transcript.

DATED this 21st day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge