IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3049 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ERIK OSORIO, | ) | |
| | ) | |
| Defendant. | ) | |

In his Statement of Objection to Magistrate Judge's Report and Recommendation (filing 40), Defendant requests leave to file a brief in support of his objections "at a later time." Upon consideration, I find that Defendant shall have until October 4, 2006 to file a brief in support of his objections to the Report and Recommendation.

IT IS ORDERED that Defendant shall have until October 4, 2006 to file a brief in support of his objections to the Report and Recommendation (filing 39).

October 2, 2006          BY THE COURT:

                                            *s/Richard G. Kopf*
                                            United States District Judge