IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3049 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| ERIK OSORIO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Magistrate Judge's Report and Recommendation (filing 39) and the objections to the Report and Recommendation and supporting brief (filings 40, 42), filed as allowed by 28 U.S.C. § 636(b)(1)(A) and NECrimR 57.3.

I have conducted, pursuant to 28 U.S.C. § 636(b)(1) and NECrimR 57.3, a de novo review of the portions of the Report and Recommendation to which objections have been made. Inasmuch as Judge Piester has fully, carefully, and correctly applied the law to the facts, I conclude that the Report and Recommendation (filing 39) should be adopted, Defendant's objections to the Report and Recommendation (filing 40) should be denied, and Defendant's motion to suppress (filing 23) should be denied.

Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Recommendation (filing 39) is adopted;

      2.      Defendant's objections to the Recommendation (filing 40) are denied; and

      3.      Defendant's motion to suppress (filing 23) is denied.

October 6, 2006                    BY THE COURT:

                                         *s/Richard G. Kopf*
                                         United States District Judge