IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | 4:06CR3049 |
| v.   ) | |
| ) | |
| ERIK OSORIO,   ) | |
| ) | MEMORANDUM AND ORDER |
| Defendant.   ) | |
| ) | |

Defendant has moved for permission to travel outside the district. Upon consideration of the motion, I conclude it should be granted. The pretrial services office may impose temporary reporting conditions on the defendant during the time of his travel.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 45, is granted. The pretrial services officer may impose additional, temporary reporting requirements on the defendant during the period of his absence from this district. Upon his return to the district, he shall immediately report in person to the pretrial services officer.

DATED this 15th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge