IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3049 & |
| | ) | 4:07CR3031 |
| V. | ) | |
| | ) | |
| ERIK OSORIO, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

On the joint motion of the parties and the representation that the parties are nearing completion of negotiations for a plea,

IT IS ORDERED that:

(1) The trial in Case No. 4:07CR3031 is continued until further order of the court.

(2) The hearing on the defendant's motion for appointment of new counsel (4:06CR3049, filing 65; 4:07CR3031, filing 17) is continued to Thursday, January 21, 2010, at 12:30 p.m. before the undersigned. The defendant shall be present for the hearing.

(3) The time between today's date and January 21, 2010, is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

DATED this 14th day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge