IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3049 & |
| | ) | 4:07CR3031 |
| V. | ) | |
| | ) | |
| ERIK OSORIO, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |
| | ) | |

On the oral motion of defense counsel, and without objection by the government,

IT IS ORDERED that:

1.  The hearing on the defendant's motion for appointment of new counsel (4:06CR3049, filing 65; 4:07CR3031, filing 17) is rescheduled before Magistrate Judge Zwart on Tuesday, January 26, 2010, at 9:00 a.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

2.  For this defendant, the time between today's date and the aforementioned hearing is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. sec. 3161(h)(1)(I)&(h)(8)(A)(B).

3.  The defendant's trial in 4:07CR3031 and the defendant's plea in 4:06CR3049 will be rescheduled by Magistrate Judge Zwart.

Dated January 21, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge